IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| XIAOXIA (SASHA) GONG,<br><br>  Plaintiff,<br><br>  v.<br><br>RADIO FREE ASIA, et al.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil No. _____<br>)<br>)<br>)<br>)<br>)<br>) |

## LOCAL RULE 7.1 CERTIFICATE

We, the undersigned counsel of record for defendant Radio Free Asia ("RFA"), certify that to the best of our knowledge and belief, RFA has no subsidiaries, parents or affiliates which have any outstanding securities in the hands of the public.

Respectfully submitted,

HOGAN & HARTSON L.L.P.

/s/ GMP
_____
Gil A. Abramson (Bar # 237994)
111 South Calvert Street
Suite 1600
Baltimore, MD  21202
Telephone:  (410) 659-2723
Facsimile:  (410) 539-6981

\\\BA - 65890/0011 - 201484 v1

- 2 -

                                        Gregory M. Petouvis (Bar # 477600)
                                        555 13th Street, N.W.
                                        Washington, DC  20004
                                        Telephone:   (202) 637-6987
                                        Facsimile:   (202) 637-5910

                                        Counsel for Defendants
                                        Radio Free Asia and Richard Richter

Date:  January 9, 2006

\\\BA - 65890/0011 - 201484 v1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Defendant Radio Free Asia's Local Rule 7.1 Certificate was served by first class U.S. mail, postage pre-paid, this 9th day of January, 2006, on:

>Betty Grdina, Esquire
>Stephen Z. Chertkof, Esquire
>HELLER, HURON, CHERTKOF,
>   LERNER, SIMON & SALZMAN
>1730 M Street, NW
>#412
>Washington, DC  20036
>
>Robert H. Stropp, Esquire
>MOONEY, GREEN, BAKER & SAINDON
>1920 L Street, NW
>Suite 400
>Washington, DC  20036

*[signature]*

Gregory M. Petouvis