IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| XIAOXIA (SASHA) GONG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:06-cv-21 |
| ) | |
| ) | |
| RADIO FREE ASIA, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

The Clerk of Court shall kindly enter the appearance of the undersigned as additional counsel of record in this action for Defendants Radio Free Asia and Richard Richter.

                                                         Respectfully submitted,

                                                         /s/ Gil A. Abramson
                                                         Gil A. Abramson (Bar # 237994)
                                                         HOGAN & HARTSON L.L.P.
                                                         111 South Calvert Street
                                                         Suite 1600
                                                         Baltimore, MD  21202
                                                         Telephone:    (410) 659-2723
                                                         Facsimile:     (410) 539-6981

Date:  January 10, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served this 10th day of January, 2006 via the Court's Electronic Case Filing (ECF) System on:

>Betty Grdina, Esquire
>Stephen Z. Chertkof, Esquire
>HELLER, HURON, CHERTKOF, LERNER, SIMON & SALZMAN
>1730 M Street, NW
>#412
>Washington, DC  20036

and by first class U.S. mail, postage pre-paid, on:

>Robert H. Stropp, Esquire
>MOONEY, GREEN, BAKER & SAINDON
>1920 L Street, NW
>Suite 400
>Washington, DC  20036

>/s/ Gregory M. Petouvis
>Gregory M. Petouvis

\\\DC - 65890/0018 - 2243408 v1