UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **XIAOXIA GONG,**<br><br>**Plaintiff,**<br><br>v.<br><br>**RADIO FREE ASIA, et al.,**<br><br>**Defendants.** | Civil Action No.  06-0021 (JDB) |

**ORDER FOR INITIAL SCHEDULING CONFERENCE**

It is hereby **ORDERED** that the initial scheduling conference in this matter is set for February 10, 2006, at 9:30 a.m.  Counsel who attend the scheduling conference must be sufficiently familiar with the case to answer any questions that arise.  Parties are welcome to attend.

Counsel shall confer in accordance with Rule 16.3(a) of the Local Civil Rules and Fed. R. Civ. P. 26(f), and shall submit their Joint Rule 16.3 Report addressing the topics listed in Local Civil Rule 16.3(c) no later than 14 days following their conference (see Local Civil Rule 16.3(d)), and in no event less than three business days before the initial scheduling conference.  Counsel may also include in their Joint Rule 16.3 Report a brief statement of the case and any statutory basis for all causes of action and defenses.

Written communication with the Court is to be by motion, opposition, and reply, rather than letter. See Local Civil Rule 5.1(b). The parties are directed to the requirements of Local Civil Rule 7.1(c) regarding the submission of proposed orders with all motions and oppositions and to the requirements of Local Civil Rule 7.1(m) regarding the duty to confer on all nondispositive motions (including those for enlargements of time).

    /s/    John D. Bates
JOHN D. BATES
United States District Judge

Dated: January 11, 2006

Copies to:

Elizabeth A. Grdina
HELLER, HURON, CHERTKOF, LERNER, SIMON & SALZMAN
1730 M Street, NW
Suite 412
Washington, DC 20036
(202) 293-8090
Fax: (202) 293-7110
Email: bettygrdina@hellerhuron.com

Robert H. Stropp, Jr.
MOONEY, GREEN, BAKER & SAINDON, P.C.
1920 L Street, NW
Washington, DC 20036
(202) 783-0010
    *Counsel for Plaintiff*

**Gil Alvin Abramson**
HOGAN & HARTSON, L.L.P.
111 S. Calvert Street
Suite 1600
Baltimore, MD 21202
(410) 659-2723

Fax: (410) 539-6981
Email: gaabramson@hhlaw.com

**Gregory M. Petouvis**
HOGAN & HARTSON LLP
555 Thirteenth Street, NW
Washington, DC 20004-1161
(202) 637-5600
Fax: (202) 637-5910
Email: gmpetouvis@hhlaw.com
    *Counsel for defendants*