UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| XIAOXIA GONG, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 06-0021 (JDB) |
| RADIO FREE ASIA, et al. | ) |
| Defendants. | ) |

## LOCAL RULE 16.3(d) JOINT REPORT

Pursuant to Rule 16.3(d) of the Local Rules of this Court, the parties hereby submit their Joint Report regarding all agreements reached in the parties' Rule 26(f) and LcR 16.3(c) conference. The parties request that the Court adopt the agreed-upon matters in its Scheduling Order.

On February 3, 2006, counsel for Plaintiff Gong conferred with counsel for Defendants Radio Free Asia and Richard Richter pursuant to Local Rule 16.3.

### Brief Statement of the Case

Plaintiff Xiaoxia Gong was employed by Defendant Radio Free Asia (RFA) from January 1998 until May 2003 as Director of the Cantonese Service. On May 29, 2003, Radio Free Asia terminated Dr. Gong's employment. Plaintiff alleges that the termination was discriminatory, based on her race and national origin, (she is Asian and of Chinese descent), and in retaliation because she protested discrimination against Asians by RFA. Plaintiff seeks awards of compensatory and punitive damages; backpay and front pay; and injunctive relief. Defendants allege that Plaintiff was insubordinate,

that her employment was terminated solely for that reason, and thus she is entitled to no damages.

## Statutory Basis for Claims and Defenses

Plaintiff's claims arise under the D.C. Human Rights Act, Title VII of the Civil Rights Act of 1991, 42 U.S.C. § 2000e et seq., and 42 U.S.C. §1981.

## Rule 16.3 Report

In accordance with Rule 16.3, the parties state:

1. Defendants anticipate that all of the Plaintiff's claims can be resolved on summary judgment and, accordingly, expect to file such a motion. Plaintiff may also file a cross motion for partial summary judgment. No dispositive motions filed by any parties are currently pending.

2. The deadline for motions to join additional parties or amend the pleadings shall be March 10, 2006.

3. The case should not be assigned to a magistrate judge.

4. Defendants do not believe there is a realistic possibility of settling the case at this time.

5. This parties agree that they will engage in court-sponsored mediation of this case after the close of discovery.

6. The deadline for filing motions for summary judgment should be 45 days after (a) the close of discovery, or (b) mediation has concluded, whichever comes later. Oppositions and Replies to Oppositions to said motions should be filed within the time prescribed by Local Rule 7.

7. The parties will provide their initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure by February 28, 2006.

8. Each party shall be limited to 30 interrogatories and 20 requests for production of documents and each side shall be limited to 10 depositions. Plaintiff proposes that discovery be concluded within four months, on or before June 10, 2006. Defendants propose that discovery be concluded by October 30, 2006, due to counsel's trial schedule.

9. The parties do not anticipate that the requirements for the exchange of expert witness reports and information pursuant to Rule 26(a)(2) should be modified.

10. Because this case is not a class action, the provisions of this paragraph are inapplicable.

11. The parties do not anticipate the need for bifurcation.

12. The Court will schedule the pretrial conference after ruling on the parties' motions for summary judgment.

13. A trial date will be set at the pre-trial conference.

14. Other matters: none.

15.

    Respectfully submitted,

/s/_____
Betty Grdina (Bar No. 450346)
Stephen Chertkof
Heller, Huron, Chertkof, Lerner, Simon & Salzman
1730 M Street, N.W., Suite 412
Washington, D.C. 20036
(202) 293-8090

/s/———————————————
Robert H. Stropp 429737
MOONEY, GREEN, BAKER & SAINDON
1920 L Street NW, Suite 400,
Washington, DC 20036
(202) 783-0010

Attorneys for Plaintiff


HOGAN & HARTSON L.L.P.


/s/_____
Gil A. Abramson (Bar #237994)
111 South Calvert Street, Suite 1600
Baltimore, MD 21202
(410) 659-2723


/s/_____
Gregory M. Petouvis (Bar #477600)
555 13th Street, N.W.
Washington, DC 20004
(202) 637-6987

Attorneys for Defendants