UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| XIAOXIA GONG,<br><br>       Plaintiff,<br><br>v.<br><br>RADIO FREE ASIA, et al.,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 06-0021 (JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

**SCHEDULING ORDER**

Pursuant to the Initial Scheduling Conference with the Court on February 10, 2006, and the Joint Rule 16.3 Report previously submitted by the parties, it is hereby **ORDERED** as follows:

1. Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) are due by not later than February 28, 2006. The parties shall exchange expert witness reports and information in conformity with Federal Rule of Civil Procedure 26(a)(2).

2. All discovery shall be completed within six months from the entry of this order, by not later than August 10, 2006.

3. Any amendments to the pleadings, and any joinder of additional parties, shall be completed by not later than March 10, 2006.

4. Each party is hereby limited to ten (10) depositions. The number of

interrogatories is hereby limited to thirty (30) per party, and requests for production of documents shall not exceed twenty (20) per party.

6. Motions for summary judgment shall be filed within forty-five (45) days from the later of either: (a) the date on which discovery closes, by not later than September 25, 2006; or (b) the date on which mediation closes. Pursuant to Local Civil Rule 7, any oppositions to motions for summary judgment shall be filed by not later than eleven (11) days from the date on which the motion for summary judgment is served, and any replies to the oppositions shall be filed by not later than five (5) days from the date on which the opposition is served.

7. The parties shall appear for a status conference on August 4, 2006 at 9:00 a.m.

8. As to all other discovery issues not addressed in this Scheduling Order, the parties must comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

/s/    John D. Bates
John D. Bates
United States District Judge

Dated:    February 10, 2006

Copies to:

Elizabeth A. Grdina
HELLER, HURON, CHERTKOF, LERNER, SIMON & SALZMAN
1730 M Street, NW
Suite 412
Washington, DC 20036

(202) 293-8090
Fax: (202) 293-7110
Email: bettygrdina@hellerhuron.com

Robert H. Stropp, Jr.
MOONEY, GREEN, BAKER & SAINDON, P.C.
1920 L Street, NW
Washington, DC 20036
(202) 783-0010
Email: rstropp@mooneygreen.com

*Counsel for plaintiff*

Gil Alvin Abramson
HOGAN & HARTSON, L.L.P.
111 S. Calvert Street
Suite 1600
Baltimore, MD 21202
(410) 659-2723
Fax: (410) 539-6981
Email: gaabramson@hhlaw.com

Gregory M. Petouvis
HOGAN & HARTSON LLP
555 Thirteenth Street, NW
Washington, DC 20004-1161
(202) 637-5600
Fax: (202) 637-5910
Email: gmpetouvis@hhlaw.com

*Counsel for defendants*