UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| XIAOXIA GONG, <br><br> Plaintiff, <br><br> v. <br><br> RADIO FREE ASIA, et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 06-0021 (JDB) <br> ) <br> ) <br> ) <br> ) <br> ) |

### STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the parties hereby stipulate to the dismissal of this action with prejudice, each party to bear its own costs.

By: /s/ Betty Grdina
Betty Grdina (#450346)
Stephen Chertkof
Heller, Huron, Chertkof, Lerner,
 Simon & Salzman
1730 M Street, N.W., Suite 412
Washington, D.C. 20036
(202) 293-8090

Robert H. Stropp (#429737)
Mooney, Green, Baker & Saindon
1920 L Street NW, Suite 400
Washington, DC 20036
(202) 783-0010

Attorneys for Plaintiff

By: /s/ Gil A. Abramson (BG - per consent)
Gil A. Abramson (#237994)
HOGAN & HARTSON L.L.P.
111 South Calvert Street
Suite 1600
Baltimore, MD
(410) 659-2723

Gregory M. Petouvis (#477600)
HOGAN & HARTSON L.L.P.
555 13th Street N.W.
Washington, DC 20004
(202) 637-5600

Attorneys for Defendant

Date: June 6, 2006